# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FEEMAN and BRADLEY BAILEY, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　v.<br>ALBERT CORPORATION, and ALBERT CASH, LLC,<br><br>　　　　　Defendants. | Case No. 2:25-cv-03605-MWC-BFM<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: ___JULY 22__, 2025

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE