**WADE KILPELA SLADE LLP**
Gillian L. Wade (S.B. #229124)
gwade@waykayslay.com
Marc A. Castaneda (S.B. #299001)
marc@waykayslay.com
2450 Colorado Ave., Ste. 100E
Santa Monica, California 90404
Telephone: (310) 396-9600

**CARNEY BATES & PULLIAM, PLLC**
Randall K. Pulliam (*pro hac vice*)
rpulliam@cbplaw.com
Lee Lowther (*pro hac vice*)
llowther@cbplaw.com
One Allied Dr., Ste. 1400
Little Rock, AR 72202
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

**JACOBSON PHILLIPS PLLC**
Joshua R. Jacobson (*pro hac vice*)
joshua@jacobsonphillips.com
2277 Lee Rd., Ste. B
Winter Park, FL 32789
Telephone: (321) 447-6461

Attorneys for Plaintiffs and the Proposed
Settlement Class

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FEEMAN and BRADLEY BAILEY, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>ALBERT CORPORATION, and, ALBERT CASH, LLC,<br><br>    Defendants. | Case No. 2:25-cv-03605-MWC-BFM<br><br>**JOINT DECLARATION OF CLASS COUNSEL IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

Lee Lowther and Joshua Jacobson jointly declare and state as follows:

1.      Lee Lowther is a partner with the law firm Carney, Bates & Pulliam, PLLC ("CBP"). Joshua Jacobson is a partner with the law firm Jacobson Phillips PLLC ("Jacobson Phillips", collectively with CBP "Class Counsel"). Class Counsel, along with Wade Kilpela Slade LLP, represent Plaintiffs Robert Feeman and Bradley Bailey ("Plaintiffs" or "Settlement Class Representatives") and the proposed Settlement Class[1] in this Action.

2.      Mr. Lowther and Mr. Jacobson make this Joint Declaration in support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement. Except where otherwise stated, they each have personal knowledge of the facts set forth in this Joint Declaration based on active participation in all aspects of the prosecution and resolution of the Action. If called upon to testify, each could and would truthfully and competently testify as to all matters stated herein.

## BACKGROUND AND EXPERIENCE

3.      CBP's firm resume, which details Mr. Lowther's background as well as his firm's background, is attached hereto as Exhibit A. As demonstrated therein, CBP has extensive experience in class action and complex litigation, including cases involving improper fees. To provide a brief overview, CBP has served or is serving as co-lead counsel in the following cases: *Volino v. Progressive Cas. Ins. Co.,* 1:21-cv-06243-LGS (S.D.N.Y.) (class action involving automobile total loss settlement practices, settling for $48,000,000, and receiving final approval on March 3, 2025); *Brown v. Progressive Mountain Ins. Co.,* 3:21-cv-175-TCB (N.D. Ga.) (class action involving automobile total loss settlement practices, settling for $43,000,000 and receiving final approval on May 15, 2025); *Czarnionka v. The*

---

[1] Capitalized terms not otherwise defined herein shall have the same meaning as ascribed to them in the Settlement Agreement.

JOINT DECLARATION OF CLASS COUNSEL IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT
CASE NO. 2:25-CV-03605-MWC-BFM

*Epoch Times Assoc., Inc*., No. 1:22-cv-06348-AKH (S.D.N.Y) (class action settlement involving VPPA claims and receiving final approval on July 10, 2024); *Fiorentino v. Flosports, Inc*., No. 1:22-cv-11501-AK (D. Mass.) (class action involving VPPA claims, settling for $2,625,000, and receiving final approval on March 5, 2024); *Caldwell, et al. v. Freedom Mortgage Co*., No. 3:19-cv-02193-N (N.D. Tex.) (Pay-to-Pay class action, settling for $2,250,000 and receiving final approval in December 2021); *Phillips, et al. c. Caliber Home Loans, Inc*., 19-cv-02711-WMW-LIB (D. Minn.) (Pay-to-Pay class action settling for $5,000,000, which represented 29.39% of the aggregate Pay-to-Pay fees collected from the settlement class); *Wilson v. Santander Consumer USA*, No. 4:20-cv-00152-KGB (E.D. Ark.) (Pay-to-Pay class action settling for $800,000, which represented 22% of the total Pay-to-Pay Fees that were alleged to have been improperly collected by the defendant); *Williams v. State Farm Mutual Automobile Insurance Company*, 4:11-cv-00749-KGB (E.D. Ark.) (class litigation resulting in a settlement of $21,700,000 with 7,635 individuals receiving 100% recovery plus six percent prejudgment interest while releasing no claims or rights (other than named plaintiffs)); *Econo-Med Pharmacy, Inc. v. Roche Diagnostics Corporation,* 1:16-cv-00789-TWP-MPB (S.D. Ind.) (TCPA class action, settling for $17,000,000 and receiving final approval on September 21, 2017); *Ebarle, et al. v. LifeLock, Inc*., 3:15-cv-00258 (N.D. Cal.) (class action on behalf of customers of the identity theft protection service, resulting in a nationwide settlement of $81 million that was granted final approval in September 2016).

4.      Jacobson Phillip's firm resume, which details Mr. Jacobson's background as well as his firm's background, is attached hereto as Exhibit B. As detailed therein, Jacobson Phillip is a national law firm whose lawyers have extensive experience in class actions and consumer protection matters, including such notable cases as *Volino* and *Brown* (as co-counsel with CBP and which cases

are addressed above); *Reynolds v. Progressive Direct Ins. Co.*, No. 5:22-cv-503-LCB (N.D. Ala.) (class action involving automobile total loss settlement practices, settling for $30,750,000 and receiving final approval on September 15, 2025); *Knight v. Progressive Nw. Ins. Co.*, No. 3:22-CV-203-JM (E.D. Ark.) (class action involving automobile total loss settlement practices, settling for $13,211,773 and receiving final approval on September 25, 2025); *Angell v. Geico Advantage Ins. Co.*, No. 4:20-cv-799 (S.D. Tex.) (class action involving automobile total loss settlement practices, settling for $33,700,000.00 and receiving final approval on August 7, 2024); *Grigorian v. FCA US LLC*, No. 2021-000976-CA-01 (Fla. Cir. Ct. Miami-Dade Cty.) ($8,950,000.00 class action settlement in TCPA action, granted final approval in 2024); *Sos v. State Farm Mut. Auto. Ins. Co.*, 2023 U.S. App. LEXIS 22986 (11th Cir. Aug. 30, 2023) (successfully defended order granting class certification and final judgment entered in favor of certified class).

5.     A full listing of the cases Class Counsel have been involved in can be found on each law firm's respective resume. *See* Exs. A-B. As evidenced therein, Class Counsel have extensive knowledge in class action litigation and are adequately capitalized and staffed, allowing Class Counsel to dedicate the resources needed to vigorously pursue the claims of putative class members and to achieve the best possible result.

## THE PROPOSED SETTLEMENT

6.     On September 23, 2025, Plaintiffs and Defendants Albert Corporation and Albert Cash, LLC ("Defendants" or "Albert," and collectively with Plaintiffs, the "Parties") participated in a day-long mediation before Ms. Niki Mendoza of Phillips ADR Enterprises. Prior to and during that mediation, the Parties engaged in formal and informal exchanges of information and data regarding the claims alleged, Albert's Instant Transfer Fees, and Rule 23 considerations. In preparation for the mediation, the Parties also prepared detailed mediation statements outlining

JOINT DECLARATION OF CLASS COUNSEL IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT
CASE NO. 2:25-CV-03605-MWC-BFM

their respective legal positions regarding the merits of Plaintiffs' claims under the Military Lending Act, 10 U.S.C. § 987, *et seq*. ("MLA"), the Truth in Lending Act, 15 U.S.C. § 1638 ("TILA"), class certification, and the scope of damages.

7.      The mediation and exchange of information allowed Class Counsel to assess the strength of Plaintiffs' claims, as well as Albert's defenses, and balance the benefits of any settlement against the risks of further litigation, a process that was further informed by Class Counsel's prior litigation and experience.

8.      Based on the foregoing and with the assistance of respected mediator Ms. Niki Mendoza, the Parties were able to negotiate a settlement in principle, which was memorialized in a term sheet. Over the next several weeks, the Parties continued settlement negotiations regarding comprehensive settlement terms, which are memorialized in the Settlement Agreement being contemporaneously filed herewith.

9.      Under the proposed Settlement now before the Court, Defendants shall establish a cash settlement fund of $5,200,000 (the "Settlement Fund") for the benefit of Settlement Class Members. *See* Settlement Agreement at ¶¶ 40, 43.

10.     There is no claims process. Rather, Settlement Class Members who do not request exclusion will automatically receive a *pro rata* distribution from the Settlement Fund, less any court-approved attorneys' fees and costs, service awards, and costs of notice and settlement administration (the "Net Settlement Amount"), upon Court approval. A Settlement Class Member's *pro rata* distribution will be calculated based on the dollar amount of the Instant Transfer Fees the Settlement Class Member paid during the Class Period ("Settlement Payment"). Settlement Payments issued under the Settlement will be negotiable for 120 calendar days after the date of issuance. Settlement Payments that have not been negotiated within 120 days after issuance shall be void. If any funds remain in the Net Settlement Fund after thirty (30) calendar days after the last issued check

is no longer valid, and to the extent feasible, they shall be distributed to Settlement Class Members via a second and/or third distribution. Any costs associated with the additional distributions will be paid from the Settlement Fund. If the amount of funds remaining is so minimal that an additional distribution would be impracticable or infeasible, then the remaining funds shall be distributed to Operation Homefront (the "Cy Pres Recipient"). In no event shall funds be returned to Defendants. *See id*. at ¶¶ 43-45, 65, 68-69.

11.     The Settlement also provides for meaningful business practice changes. For a two (2) year period beginning on September 30, 2025 through September 30, 2027, Defendants have agreed to adopt practices designed to refrain from assessing transfer fees on direct transfers of Albert Instant advances to active-duty service members or eligible dependents under the MLA. *See id*. at ¶ 48

12.     In exchange for the consideration from the Defendants, the Action will be dismissed with prejudice upon final approval of the Settlement, and the Settlement Class Members will thereby Release all claims that have or could have been asserted against the Released Parties, relating to the facts, transactions, or events alleged in this Action. *See id*. at ¶¶ 43, 76-77.

13.     Based on a review of Defendants' records, it is estimated that Defendants collected a total of $927,150.00 in Instant Transfer Fees on approximately 87,510 loans made by Settlement Class Members. Thus, the Settlement recoups approximately 5.6 times the Settlement Class's estimated damages. When viewed against the statutory penalties available under the MLA (*i.e.* $500 for each transaction), the Settlement represents roughly 12% of potential statutory damages of $43,755,000 (87,510 x $500).

14.     Class Counsel is aware of no conflicts between the proposed Class Representatives and the Settlement Class.

15.     The proposed Settlement provides for direct notice to Settlement Class

Members by (i) Digital Notice via the Albert application for all Settlement Class Members who are current users of the Albert application; (ii) Email Notice to Settlement Class Members for whom Defendants have email addresses; and (iii) Postcard Notice to Settlement Class Members who are not current users of the Albert application for whom Email Notice is not sent because email addresses are not available in the Class List. *Id.* at ¶¶ 11, 13, 26, 61 and Exs. 1, 2, 4 thereto.

16. Additionally, a Long-Form Notice shall be posted on a case-specific settlement website ("Settlement Website"). In addition to the Long-Form Notice, the Settlement Website will also enable Settlement Class Members to access important case documents, including the Settlement Agreement, the Preliminary Approval Order, Class Counsel's motions for final approval and for attorneys' fees, when available, and such other documents as the Parties agree to post or that the Court orders posted to the website. *Id.* at ¶¶ 17, 41, 61 and Ex. 3 thereto.

17. Class Counsel believe the form and manner of notice in this Action is reasonably calculated to apprise members of the Settlement Class of the pendency of this action, the terms of the Settlement, and the rights to object to any part of the Settlement or to exclude themselves from the Settlement Class, and constitutes the best notice practicable under the circumstances and fully satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure, the requirements of due process, and the requirements of any other applicable law.

18. Class Counsel further believe that when measured against all the relevant standards for approval of class action settlements, the proposed Settlement is fair, reasonable, and adequate and preliminary approval is warranted.

19. Indeed, as set forth above, the Settlement provides for immediate and meaningful monetary and injunctive relief. More specifically, the Settlement provides a common fund of $5,200,000 for the benefit of the approximately 87,500 subject cash advances taken by 13,804 Settlement Class Members, which equates

JOINT DECLARATION OF CLASS COUNSEL IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT
CASE NO. 2:25-CV-03605-MWC-BFM

to $59.43 per at issue transaction before deduction of costs and fees, and a two-year period in which Defendants will not assess transfer fees on direct transfers of Albert Instant advances to active-duty service members or eligible dependents under the MLA.

20.    Additionally, the Settlement was reached through arm's-length negotiations before a neutral mediator; and only after Class Counsel conducted an extensive factual investigation, drafted the complaint, opposed Defendants' motion to compel arbitration, conducted formal and informal discovery, and participated in a full-day mediation. As such, Class Counsel possessed all the information necessary to evaluate the case and reach a fair and reasonable compromise.

21.    Moreover, throughout the settlement discussions, counsel for the Defendants defended their client's position and demonstrated their commitment to litigate this Action to its conclusion. Hence, the proposed Settlement represents concessions by both Parties after hard-fought litigation and arm's length negotiations conducted by experienced counsel on both sides who were thoroughly familiar with the factual and legal issues and with the assistance of an experienced mediator.

22.    Additionally, even after the major terms of the Settlement were reached, additional time and discussions were required to finalize the Settlement Agreement. Numerous drafts of the Settlement Agreement and accompanying exhibits were circulated amongst the Parties for comment over the course of several weeks until an agreed-to form of the Settlement Agreement and exhibits were ultimately reached.

23.    The Settlement Agreement provides that Class Counsel may file a motion with the Court requesting an award of attorneys' fees not to exceed twenty-five percent (25%) of the Settlement Fund to compensate them for all of the work already performed in this case, all of the work remaining to be performed in

-7-

connection with this Settlement, and the risks undertaken in prosecuting this case. Class Counsel may also seek reimbursement of reasonable out-of-pocket litigation expenses and a service award of up to $5,000 for each Settlement Class Representative. The enforceability of the Settlement is not contingent on the Court's approval of Class Counsel's application for an award of attorneys' fees, litigation expenses, or Service Awards.

24.   The anticipated requests for attorneys' fees, litigation expenses, and Service Awards are reasonable and consistent with prevailing standards in the Ninth Circuit and district courts therein. *See Stanger v. China Elec. Motor, Inc.*, 812 F.3d 734, 738 (9th Cir. 2016) ("The Ninth Circuit has set 25% of the fund as a 'benchmark' award under the percentage-of-fund method."); *Roe v. Frito-Lay, Inc.*, No 14CV-00751, 2017 WL 1315626, at *8 (N.D. Cal. Apr. 7, 2017) ("[A] $5,000 incentive award is 'presumptively reasonable' in the Ninth Circuit." (collecting cases)).

25.   Moreover, it was only after agreeing on the principal terms of the proposed Settlement that the Parties negotiated and reached the agreement regarding attorneys' fees, litigation expenses, and Service Awards. Settlement Agreement at ¶ 83. The only agreement made regarding those items was that Class Counsel would seek (i) an award of attorneys' fees from the Court of no more than 25% of the Settlement Fund plus expenses, to be paid solely out of the Settlement Fund, and (ii) Service Awards of $5,000 each to Plaintiffs to compensate them for their efforts and risks in bringing and prosecuting the Action on behalf of the Settlement Class Members and achieving the benefits of the Settlement. *See id*. at ¶¶ 78-82.

26.   Thus, the Settlement was achieved through arm's-length negotiations conducted by informed counsel with the assistance of a neutral third-party mediator, contains no obvious deficiencies, lacks any evidence of fraud or

collusion, and treats Settlement Class Members equitably.

27.    Class Counsel believe that the Settlement is an excellent result for the Settlement Class, is in the best interest of the Settlement Class, and is appropriate for preliminary approval.

We declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 29th day of October, 2025.

Joshua R. Jacobson

Lee Lowther

JOINT DECLARATION OF CLASS COUNSEL IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT
CASE NO. 2:25-CV-03605-MWC-BFM

# EXHIBIT A



**www.cbplaw.com**
**One Allied Drive, Suite 1400**
**Little Rock, Arkansas 72202**

# Table of Contents

**The Firm's Practice and Achievements** ........................................................................ 1

**The Firm's Attorneys** ................................................................................................... 4

    Allen Carney ............................................................................................................... 4

    Hank Bates ................................................................................................................... 5

    Randall K. Pulliam ...................................................................................................... 7

    Tiffany Wyatt Oldham ................................................................................................ 8

    Lee Lowther ................................................................................................................ 9

    Sam Jackson ................................................................................................................ 9

    Courtney Ross ........................................................................................................... 10

    Cole Lorigan.............................................................................................................. 10

    Connor Thompson ..................................................................................................... 11

    William P. Creasman ................................................................................................ 11

**Leadership Positions** ................................................................................................... 12

## The Firm's Practice and Achievements

Carney Bates & Pulliam, PLLC ("CBP") is a national law firm that litigates class actions involving false advertising and deceptive marketing, data breach and data security, auto insurance total loss settlement practices, securities fraud, environmental hazards, and a host of other consumer and data privacy matters. With its experienced litigators and trial-focused litigation approach, CBP has emerged as one of the country's premiere firms in the areas of consumer protection, securities fraud, environmental law, and employment discrimination class actions.

The attorneys at CBP are uniquely qualified to prosecute consumer protection claims. CBP has represented the State of New Mexico in numerous lawsuits against some of the largest financial service companies in connection with their practice of deceptively marketing and implementing Payment Protection Plans. The firm has recovered over $100 million for credit card holders in various actions against Bank of America, Capital One, Chase, Discover and HSBC. CBP served as co-lead counsel in *Williams v. State Farm Mutual Automobile Insurance Company*, 4:11-cv-00749-KGB (E.D. Ark.), a class action involving State Farm's subrogation practices which resulted in a settlement of $21.7 million with 7,635 individuals receiving 100% recovery plus 6 percent prejudgment interest while releasing no claims or rights (other than named plaintiffs). The firm served as co-lead counsel in *Ebarle, et al. v. LifeLock, Inc.*, 3:15-cv-00258 (N.D. Cal.), a class action on behalf of customers of the identity theft protection service, arising from claims that LifeLock delivered false statements about its services and failed to alert customers on a timely basis of potential identity theft, that concluded with a nationwide settlement of $81 million. The firm also served as counsel in *Wayne Miner et al. v. Philip Morris USA Inc.*, Circuit Court of Pulaski County, Arkansas, Case No. 60CV-03-4661, a class action brought on behalf of Arkansas smokers over claims that the defendant misrepresented the safety of its "light" cigarette products, which settled for $45 million. The firm currently serves as counsel to the State of New Mexico in *State of New Mexico v. JUUL Labs, Inc.*, County of Santa Fe First Judicial District Court, New Mexico, Case No. D-101-CV-2020-01033, related to JUUL's marketing and sale of e-cigarettes to teenagers and adolescents. The firm also served as counsel to the State of New Mexico in *State of New Mexico v. Tiny Lab Productions, et al.*, Case No. 18-cv-00854-LF-KBM (D.N.M.), an action brought against child app developers and advertising networks for violations of the Children's Online Privacy Protection Act, 15 U.S.C. §§ 6501, *et seq.* ("COPPA"), and against Google, LLC for trafficking in privacy-invasive apps in its online store.

The firm has positioned itself at the forefront of data breach and data security litigation. Our attorneys were appointed to the Plaintiffs' Steering Committee in *In re: The Home Depot, Inc., Customer Data Security Breach Litigation*, 1:14-md-02583-TWT (N.D. Ga.), an MDL class action brought on behalf of injured financial institutions in the wake of a massive retailer data breach. A settlement, with a common fund of $25 million and an additional fund of $2.25 million for distribution to financial institutions whose claims were purportedly released by third-party sponsors, was granted final approval on September 22, 2017. We served as counsel for the lead plaintiff in *In re: Target Corporation Customer Data Security Breach Litigation*, 0:14-cmd-02522-PAM-JJK (D. Minn.), successfully representing Umpqua Bank and a class of financial institution plaintiffs over injuries suffered from one of the largest data breaches in history. A settlement, valued at $39.4 million, was granted final approval by the Court on May 12, 2016. CBP also was appointed to the Financial Institution Plaintiff's Steering Committee in the multi-district litigation, *In re. Equifax, Inc., Customer Data Security Breach Litigation*, 1:17-md-2800-TWT (N.D. Ga.). The litigation arises from the 2017 Equifax data breach, in which hundreds of millions of consumer records were stolen by third parties.

CBP served as co-lead counsel in three class actions against mobile application developers alleging

surreptitious tracking of minors in violation of state laws. *Amanda Rushing, et al. v. The Walt Disney Company, et al.*, 3:17-cv-04419-JD (N.D. Cal.); *Amanda Rushing, et al. v. Viacom Inc., et al.*, 3:17-cv-04492-JD (N.D. Cal.); and *Michael McDonald, et al. v. Kiloo APS, et al.*, 3:17-cv-04344-JD (N.D. Cal.). These cases resolved in fifteen separate settlements with Disney, Viacom, Kiloo, Sybo and 11 advertising technology firms. In a New York Times article, Josh Golin, the executive director of Campaign for a Commercial-Free Childhood, said "This is going to be the biggest change to the children's app market that we've seen that gets at the business models . ... On thousands of apps, children will no longer be targeted with the most insidious and manipulative forms of marketing."

Similarly, in *Daniel Matera, et al. v. Google, Inc.*, 5:15-cv-04062-LHK (N.D. Cal.), CBP served as co-lead counsel in a class action involving allegations of email interception and violation of state and federal anti-wiretapping laws. A settlement, requiring Google to stop using content derived from email transmissions for user profiling and targeted advertising, was granted final approval on February 9, 2018. In addition, our attorneys were appointed by the court as co-lead counsel in *Matthew Campbell, et al. v. Facebook, Inc.*, 4:13-cv-05996-PJH (N.D. Cal.), a class action involving allegations of email interception and violations of federal anti-wiretapping laws. Final approval of an injunctive relief settlement, securing disclosures and limitations on Facebook's interception and use of private message content, was granted on August 18, 2017. We served as lead counsel in *Econo-Med Pharmacy, Inc. v. Roche Diagnostics Corporation*, 1:16-cv-00789-TWP-MPB (S.D. Ind.), representing a class of pharmacies in a Telephone Consumer Protection Act ("TCPA") litigation resulting in a $17 million settlement, which was granted final approval on September 21, 2017. Additionally, we served as lead counsel in *ARcare, Inc. v. Qiagen North America Holdings, Inc., et al.*, Case No. 43CV-17-46 (Judge Sandy Huckabee, Lonoke Co. Cir. Ct.), representing a class of pharmacies in a TCPA litigation resulting in a $15.5 million settlement, which was granted final approval on December 3, 2018.

CBP is actively involved in numerous automobile total loss settlement practices class actions across the country and has been appointed co-lead counsel in such notable cases as *Volino v. Progressive Cas. Ins. Co.*, 1:21-cv-06243-LGS (S.D.N.Y. Mar. 16, 2023); *Brown v. Progressive Mountain Ins. Co.*, 3:21-cv-175-TCB (N.D. Ga. Aug. 3, 2023); *Drummond v. Progressive Specialty Ins. Co.*, No. 21-4479, 2023 U.S. Dist. LEXIS 140205 (E.D. Pa. Aug. 11, 2023); and *Clippinger v. State Farm Mut. Ins. Co.* 2:20-cv-02482-TLP-cgc (W.D. Tn. Aug. 25, 2023).

CBP's reputation for excellence in accounting fraud and other complex class actions has been recognized on repeated occasions by federal and state court judges who have appointed the firm to serve as lead or co-lead counsel in numerous cases throughout the country. In this regard, the firm has successfully represented certain states throughout the country in matters involving securities litigation such as in *Mississippi Public Employees Retirement System v. Semtech* and *In re Sterling Financial Corporation Securities Class Action*, representing Public Employees Retirement Association of New Mexico and the New Mexico Educational Retirement Board.

The firm has been successful at protecting shareholders in "change-of-control" transactions seeking to maximize shareholder value. For example, the firm represented shareholders of Nationwide Financial in a going private transaction and was able to negotiate more than $200 million for the public shareholders in the form of an increased share price. In a similar matter, attorneys at the firm represented shareholders of 7-Eleven and brokered an additional $140 million in the sales price.

Additionally, our attorneys handling environmental litigation possess expert knowledge in issues related to groundwater and air pollution, toxic exposures, leaking pipelines and underground storage tanks, oil field contamination, and pesticides. The firm pursues claims against corporate polluters and governmental agencies on the state, local and federal level. For example, CBP served as co-lead counsel

on behalf of the Quapaw Tribe in a case that involved natural resources damages to tribe-related lands from lead and zinc mining, which resulted in an $11.5 million settlement against Asarco, LLC, in addition to confidential settlements with four other mining companies.

In the employment context, CBP served as co-lead counsel in *Nelson v. Wal-Mart Stores, Inc.,* 04-00171 (E.D. Ark.), a nationwide race discrimination class action on behalf of African-American truck drivers against Wal-Mart that provided $17.5 million in recovery, as well as significant changes to Wal-Mart's hiring policies and four years of court supervision of the settlement terms.

In addition to its strong personnel, CBP is well-capitalized, allowing it to dedicate considerable resources and to advance expenses on a contingency fee basis to the fullest extent necessary to achieve the best possible result for class members. As a result of its successful track record and strong capitalization, the firm enjoys a high level of respect and credibility with the defense bar and insurance carriers that often defend and insure corporations and their officers and directors.

As a firm, CBP values practicing in a small environment where professional and personal interaction among the partners, associates, paralegals, accounting staff and other personnel allow for a true "team approach" to litigation strategy that fosters an energetic exchange of ideas. The firm believes its size allows for a greater degree of independence, flexibility and satisfaction than a large firm environment, without sacrificing the quality of representation necessary to achieve successful results for its clients.

# The Firm's Attorneys

## *ALLEN CARNEY*

Mr. Carney is a graduate of the University of Arkansas, earning a degree in Finance. Subsequently, Mr. Carney graduated from the University of Arkansas at Little Rock School of Law.

Mr. Carney concentrates his practice on prosecuting complex litigation on behalf of investors, consumers and employees. He has extensive experience in nationwide cases, including appointment as lead counsel in dozens of securities and consumer class actions. He has successfully represented investors and consumers in cases that achieved cumulative recoveries in the hundreds of millions of dollars for plaintiffs.

Mr. Carney played a key role in litigating the various Payment Protection actions against the largest credit card issuers. These actions resulted in significant recoveries for injured consumers. See *Kardonick v. JPMorgan Chase*, S.D. Florida, $20 million; *Esslinger v. HSBC Bank Nevada*, E.D. Pennsylvania, $23.5 million; *In re Discover Credit Card Payment Protection*, N.D. Illinois, $10.5 million; *In re Bank of America*, N.D. California, $20 million; *Spinelli v. Capital One*; M.D. Florida; more than $100 million.

Mr. Carney was lead counsel in Semtech Securities Litigation, a federal securities fraud class action that settled prior to trial achieving a significant recovery for investors. Additionally, he has served as lead counsel in numerous other federal securities fraud class actions, including *In re Lernout & Hauspie Securities Litigation*, No. 00-11589-PBS (D. Mass.) ($115 million settlement); *In re NewPower Securities Litigation*, No. 2-CV-1550 (S.D.N.Y.) ($41 million settlement); *In re DQE, Inc. Securities Litigation*, No. 01-1851 (W.D. Pa.); *In re Ashanti Goldfields Securities Litigation*, No. CV-00-9717 (DGT) (RML) (E.D.N.Y.); *In re Central Parking Corporation Securities Litigation*, No. 03-CV-0546 M.D. Tenn.); *In re Keyspan Securities Litigation*, No. CV-01-5852 (ARR) (MDG) (E.D.N.Y.); *Paul Ruble, et. al. v. Rural Metro Corp., et. al.*, No. CV-99-822-PHX-RGS (D. Ariz.).

Prior to joining the firm, Mr. Carney was a partner with Jack, Lyon & Jones, P.A. in the Little Rock, Arkansas office, where he practiced extensively in the areas of complex commercial litigation, labor and employment litigation, and business transactions. He was involved in a number of high-profile cases, including the successful defense of Capital Cities/ABC News in an action brought by Tyson Foods regarding the secret videotaping of chicken processing plants. He was also a Contributing Author to "Arkansas Employment Law Letter," published by M. Lee Smith, 1995.

Mr. Carney is licensed to practice law in Arkansas state courts, the United States District Courts for the Eastern and Western Districts of Arkansas, and the United States Court of Appeals for the Third and Eighth Circuits. Mr. Carney has argued before the Arkansas Supreme Court. Additionally, Mr. Carney has appeared in numerous federal and state courts across the nation via admission *pro hac vice*.

## HANK BATES

Mr. Bates focuses his practice on representing individuals, small businesses, public interest groups and governmental entities in litigation to combat consumer fraud, protect data privacy, guard employee rights, clean up pollution and preserve the environment.

Mr. Bates has worked to protect consumers in a variety of settings. Recently, Mr. Bates successfully prosecuted *Williams, et al, v. State Farm*, 4:11-cv-00749-KGB (E.D. AR), alleging State Farm illegally took a portion of its insureds' settlements with third parties. After over six years of litigation, this case settled in June 2018, resulting in a $21.7 million common fund with 7,630 Arkansans receiving 100% recovery of the improperly taken funds plus 6 percent interest without having to file a claim or sign any release. Mr. Bates also served as co-lead counsel in *Ebarle, et al. v. LifeLock, Inc.*, 3:15-cv-00258 (N.D. Cal.), a class action on behalf of customers of the identity theft protection service, arising from claims that LifeLock delivered false statements about its services and failed to alert customers on a timely basis of potential identity theft. A nationwide settlement of $81 million was approved in September 2016.

Mr. Bates also served as counsel in *Wayne Miner et al. v. Philip Morris USA Inc.*, Circuit Court of Pulaski County, Arkansas, Case No. 60CV-03-4661, a class action brought on behalf of Arkansas smokers over claims that the defendant misrepresented the safety of its "light" cigarette products, which settled in 2016 for $45 million, and *Zuern v. IDS Property Casualty Insurance Co.*, Case No. 3:19-cv-06235 (W.D. WA.), a class action alleging the insurer breach the terms of their policies by devaluing insureds' total loss claims and failing to pay actual cash value, which settled for $1.75 million.

Mr. Bates is at the forefront of data privacy and data security litigation. In the data privacy context, he served as court-appointed class counsel in *Matera, et al. v. Google, Inc.*, 5:15-cv-04062-LHK, securing a class action settlement in 2018 requiring Google to stop using content derived from email transmissions for user profiling and targeted advertising, and also served as court-appointed class counsel in *Campbell, et. al. v. Facebook, Inc*., 4:13-cv-05996-PJH (N.D. Cal.), securing a settlement in 2017 requiring disclosures of and limitations on Facebook's interception and use of private message content. He also served as co-lead counsel in three class actions against mobile application developers alleging surreptitious tracking of minors in violation of state laws. *Amanda Rushing, et al. v. The Walt Disney Company, et al.*, 3:17-cv-04419-JD (N.D. Cal.); *Amanda Rushing, et al. v. Viacom Inc., et al.*, 3:17-cv-04492-JD (N.D. Cal.); and *Michael McDonald, et al. v. Kiloo APS, et al.*, 3:17-cv-04344-JD (N.D. Cal.). These cases resolved in fifteen separate settlements with Disney, Viacom, Kiloo, Sybo and 11 advertising technology firms. In a New York Times article, Josh Golin, the executive director of Campaign for a Commercial-Free Childhood, said "This is going to be the biggest change to the children's app market that we've seen that gets at the business models . . .. On thousands of apps, children will no longer be targeted with the most insidious and manipulative forms of marketing."

Mr. Bates has been involved in litigation over some of the largest consumer data breaches in history, serving as counsel for the lead financial institution plaintiff in *In re: Target Corporation Customer Data Security Breach Litigation*, 0:14-cmd-02522-PAM-JJK (D. Minn.), which recovered $39.4 million for the class of financial institutions, and serving on the Plaintiffs' Steering Committee in *In re: The Home Depot, Inc., Customer Data Security Breach Litigation*, 1:14-md-02583-TWT (N.D. Ga.), which settled for $25 million for the class of financial institutions.

In the environmental context, Mr. Bates has represented numerous communities across America where neighboring industries polluted their air and tainted their groundwater. These cases have resulted in multi-million-dollar recoveries for the residents of these communities as well as agreements and court orders requiring remediation of contamination and compliance with the environmental laws in the future. For example, as co-lead counsel for the Quapaw Tribe of Oklahoma, Mr. Bates secured an $11.5 million

settlement from Asarco, LLC for spoiling the Tribe's historic reservation with lead and zinc mining waste, in addition to confidential settlements from four other mining companies. Mr. Bates has also successfully represented numerous farmers in cases involving crop damage by defective pesticides. In addition, he represented conservation groups in California and Arkansas to protect our waterways from pollution, free-flowing stream from dams, and endangered species from loss of critical habitat.

Mr. Bates's employment litigation includes acting as court-appointed class counsel in a nationwide race discrimination class action on behalf of African-American truck drivers against Wal-Mart that provided $17.5 million in recovery, significant changes to Wal-Mart's hiring policies and four years of court supervision of the settlement terms requiring improved hiring practices.

In his community, Mr. Bates has served as President of the Board of Directors for Arkansas Advocates for Children and Families, and on the Advisory Board for the Arkansas Journal of Social Change and Public Service. He served as an inaugural board member of the Arkansas Citizens First Congress and has been honored as Sierran of the Year by the Arkansas Chapter of the Sierra Club, Civil Rights Activist of the Year by the Arkansas Public Policy Panel, and has received the Angel Award from Treatment Homes, Inc., which provides training for therapeutic foster care parents.

Mr. Bates is active in the bar, currently serving as Arkansas State Coordinator for Public Justice. Previously he served as the Chairman of the Environmental Law Section of the Arkansas Bar Association and as Vice-Chairman of the American Bar Association's Committee on Pesticides, Chemical Regulation, and Right-to-Know.

Mr. Bates is listed in The Best Lawyers in America and as a "Super Lawyer" (among the top 5 percent of lawyers in Arkansas, Mississippi and Tennessee) by Mid-South Super Lawyers Magazine.

### RANDALL K. PULLIAM

Mr. Pulliam graduated from the University of Central Arkansas with a Bachelor of Business Administration degree, where he was nominated for Outstanding Management Student in the university's School of Business. Mr. Pulliam later earned his Master of Business Administration degree from the University of Arkansas, with an emphasis in Finance. Mr. Pulliam earned his juris doctorate from the University of Arkansas at Little Rock (UALR) School of Law where he received multiple American Jurisprudence Awards.

Mr. Pulliam has been appointed lead counsel in dozens of successful class actions relating to consumer protection, including *Econo-Med Pharmacy, Inc. v. Roche Diagnostics Corporation*, 1:16-cv-00789-TWP-MPB (S.D. Ind.), representing a class of pharmacies in a Telephone Consumer Protection Act ("TCPA") litigation resulting in a $17 million settlement and *ARcare, Inc. v. Qiagen North America Holdings, Inc., et al.*, Case No. 43CV-17-46 (Judge Sandy Huckabee, Lonoke Co. Cir. Ct.), representing a class of pharmacies in a TCPA litigation resulting in a $15.5 million settlement; Mr. Pulliam has been co-lead counsel in *Ebarle, et al. v. LifeLock, Inc.*, 3:15-cv-00258 (N.D. Cal.), a class action on behalf of Customers of the identity theft protection service settled for $81 million; *Kardonick v. JPMorgan Chase & Co.*, S.D. Florida, $20 million; *Esslinger v. HSBC Bank Nevada*, E.D. Pennsylvania, $23.5 million; *In re Discover Credit Card Payment Protection*, N.D. Illinois, $10.5 million; *In re Bank of America Credit Protection Marketing & Sales Practices Litig.*, N.D. California, $20 million; *Spinelli v. Capital One*; M.D. Florida; more than $100 million.  Mr. Pulliam represented the State of New Mexico in a series of lawsuits that each favorably resolved asserting causes of actions for violations of the Dodd-Frank Act and state law against seven of the largest financial institutions in the world.

Mr. Pulliam has substantial experience in many areas of the securities industry, holding his Series 7 General Securities Representative license. Mr. Pulliam worked for Stephens, Inc. as an Equity Trader for four years, where he executed in excess of $2 billion in securities transactions each year and participated in the firm's underwriting and Initial Public Offering allocation decisions. Prior to working at Stephens, Mr. Pulliam worked as an investment banker for Crews and Associates, Inc., where he was responsible for buying municipal bonds for both individual and institutional investors.

Mr. Pulliam has also represented investors seeking financial recovery for losses suffered as a result of securities fraud, as well as in "change-of-control" transactions seeking to maximize shareholder value. Mr. Pulliam represented shareholders of Nationwide Financial in a going private transaction and was able to achieve more than $200 million for the public shareholders. In a similar matter, Mr. Pulliam represented shareholders of 7-Eleven and helped negotiate an additional $140 million in the sales price.

Prior to joining the firm, Mr. Pulliam had a successful law practice in a variety of legal areas, including commercial litigation, where he gained extensive courtroom experience, successfully trying several jury trials.

On the issues of securities fraud and fiduciary duty, Mr. Pulliam has been quoted in numerous publications, including the New York Times and the Dallas Morning News. Mr. Pulliam has also provided presentations about issues affecting institutional investors at conferences and to the boards of numerous public and union pension funds, including being a panelist on the 2005 Institutional Shareholder Services Annual Conference, The Fiduciary Responsibility to Claim Securities Class Action Settlements. Mr. Pulliam is a past chair of the Arkansas Bar Association Securities Law Section.

## TIFFANY WYATT OLDHAM

Ms. Oldham graduated *cum laude* from the University of Arkansas at Fayetteville School of Law in 2001. She served as a member of the Board of Advocates and the W.B. Putman Inns of Court. In addition, Ms. Oldham served as President of Phi Delta Phi honors fraternity. During her law school career, Ms. Oldham participated in various trial competitions and moot court, where she was selected as a semi-finalist in the spring rounds. Ms. Oldham has a Bachelor's of Arts in English from the University of Arkansas at Fayetteville.

Ms. Oldham began her legal career with Carney Bates & Pulliam in 2002, and for nearly two decades now, she has focused her practice on securities and consumer fraud class actions.

Ms. Oldham has had a significant role in several of the firm's prominent cases, including:  *Spinelli v. Capital One Bank,* No. 08-CV-132-T-33EAJ (M.D. Fla.); *In re Semtech Corp. Securities Litigation,* No. 07-cv-7114 (FMOx) (C.D. Cal.); *In re Fleming Companies, Inc. Securities and Derivative Litigation,* 5-030MD-1530 (TJW) (E.D. Tex.); *In re Keyspan Securities Litigation*, No. CV-01-5852 (ARR) (MDG) (E.D.N.Y.); *Freidman v. Rayovac Corporation*, No. 02-CV-0308 (W.D. WI); *In re IXL Enterprises, Inc. Securities Litigation*, No. 1:00-CV-2347-CC (N.D. Ga.); *Asher v. Baxter International, Inc.*, et. al., No. 02-CV-5608 (N.D. Il).  Having prosecuted numerous class actions through all stages of the litigation process, Ms. Oldham has experience with the full range of litigation issues confronting investors and consumers in complex litigation.

Working together with her colleagues at Carney Bates & Pulliam, Ms. Oldham's work has contributed to hundreds of millions in recoveries for investors and consumers. Specifically, Ms. Oldham has contributed to the litigation and settlement efforts in the following cases:  *Ebarle, et al. v. Lifelock, Inc*., Case No.3:15-cv-00258 (N.D. Cal) (consumer class action that resulted in a $81 million settlement); *Econo-Med Pharmacy, Inc. v. Roche Diagnostics Corp*., Case No. 1:16-cv-00789-TWP-MPB (S.D. Ind.) (TCPA class action that resulted in a $17 million settlement); *ARcare, Inc. v. Qiagen North America Holdings, Inc. et al*., Case No. 43CV-17-46 (Lonoke Co. Cir. Ct.) (TCPA class action that resulted in a $15.5 million settlement); *Williams v. State Farm Mutual Automobile Ins. Co*., Case No. 4:11-cv-00749-KGB (E.D. Ark.) (litigation involving settlement practices that resulted in a common fund settlement of $21.7 million); and *Zuern v. IDS Property Casualty Insurance Co.,* Case No. 3:19-cv-06235 (W.D. WA.) (litigation involving the undervaluation of insureds' total loss claims that resulted in a $1.75 million settlement).

Ms. Oldham has also worked on notable data breach and privacy cases, including the following: *In re Equifax, Inc., Customer Data Security Breach Litigation*, 1:17-md-2800-TWT (N.D. Ga.); *In re: The Home Depot, Inc., Customer Data Security Breach Litigation*, Case No. 1:14-md-02583-TWT (N.D. Ga.); and *In re: Target Corporation Customer Data Security Breach Litigation*, Case No. 0:14-cmd-02522-PAM-JJK (D. Minn.).

Immediately prior to joining Carney Bates & Pulliam, Ms. Oldham spent time overseas working for the Japanese municipal government in Okinawa, Japan.  In addition, Ms. Oldham worked as an intern for the United States Bankruptcy Court, Western Division of Arkansas, where she assisted in researching bankruptcy issues and administrating bankruptcy proceedings.

Ms. Oldham is licensed to practice in the Arkansas state courts and the United States District Courts for the Eastern and Western Districts of Arkansas, and the United States Courts of Appeals for the Third Circuit.  She is currently a member of the American, Arkansas and Pulaski County Bar Associations. Ms. Oldham has experience in a multitude of legal fields including securities law, corporate law, business litigation, real estate transactions, and insurance regulation.

## *LEE LOWTHER*

Mr. Lowther represents consumers in complex litigation who have fallen victim to the frauds, schemes, and abuses of unscrupulous actors. For several years before joining Carney Bates & Pulliam, Mr. Lowther had a wide-ranging defense practice at a respected firm in Little Rock, Arkansas. During his time as a defense lawyer, Mr. Lowther learned how to attack procedural and substantive weaknesses in plaintiffs' cases. This experience serves him well representing consumers, enabling him to spot and solve problems before they arise.

Since joining CBP, Mr. Lowther has been appointed class counsel in numerous contested class actions and settlement classes. He is currently counsel to two certified classes—*Torliatt v. Ocwen Loan Servicing, LLC* (N.D. Cal.) and *Williams v. LoanCare, LLC* (S.D. Tex.)—that claim the defendants violated state debt-collection laws by collecting fees from borrowers who made their mortgage payments online or over the phone. Lee is class counsel in two other cases making similar allegations—*Caldwell v. Freedom Mortgage Corporation* (N.D. Tex.) ($2.25 million settlement granted final approval) and *Phillips v. Caliber Home Loans, Inc.* (D. Minn.) ($5,000,000 settlement granted final approval). In addition, Mr. Lowther was class counsel for a nationwide class of borrowers who alleged Freedom Mortgage Corporation violated the terms of their mortgages by charging them unnecessary property-inspection fees—*Cole v. Freedom Mortgage Corporation* (Burl. County, NJ) ($650,000 settlement granted final approval).

In addition to his mortgage practice, Mr. Lowther also has an active practice representing insureds and third-party claimants in class actions against insurance companies for underpaying what their totaled cars are worth. He was recently appointed class counsel for a settlement class where members recovered approximately 75% of the amount wrongfully withheld from their total-loss payments—*Zuern v. IDS Property Casualty Insurance Co.* (W.D. WA.) ($1.75 million settlement granted final approval).

Mr. Lowther has also benefited from working in the courts. During law school, Mr. Lowther worked as an intern for the Honorable James M. Moody Sr., United States District Judge for the Eastern District of Arkansas. And after graduating, he clerked for the Honorable D.P. Marshall Jr., United States District Judge for the Eastern District of Arkansas. In these roles, Mr. Lowther had the benefit of working on cases during every stage of litigation, from the filing of the complaint through rulings on post-judgment motions. More importantly, Mr. Lowther observed firsthand how litigation strategies succeed and fail.

During law school, Mr. Lowther was chosen by faculty to join the National Trial Competition Team. He also competed in the 2012 Ben J. Altheimer Moot Court Competition, where he and his partner took the award for Best Respondent's Brief.

**SAM JACKSON**

Mr. Jackson focuses on complex litigation, representing consumers, individuals, and employees in a variety of fields from consumer protection to privacy. A large focus of his practice is dedicated to prosecuting violations of laws such as the Illinois Biometric Information Privacy Act, the Video Privacy Protection Act, and various state wiretapping and "right of publicity" laws. Some of his successful class resolutions include *Vela v. AMC Networks, Inc.*, ($8 million; S.D. New York), *Kacso v. Charter Senior Living*, 19th Jud. Dist. IL., and *Temple v. Eakas Corp.*, 13th Jud. Dist. IL, with several cases currently settled and pending final resolution.

Prior to joining Carney Bates & Pulliam, Mr. Jackson worked as a deputy prosecuting attorney in the Sixth Judicial District of Arkansas (Pulaski & Perry Counties, including Little Rock) where he focused his criminal litigation on domestic violence and sexual abuse. During his time serving the public he gained invaluable litigation experience evaluating cases, managing relationships with victims, negotiating resolution with opposing counsel, and ultimately preparing and trying numerous cases to judge and juries, both as first and second chair. He developed the ability to thoroughly evaluate evidence and the credibility of witnesses, and to identify weaknesses in case theories while managing an extremely high-volume practice. Before his public service, he worked at Wilson & Associates, PLLC, managing the transfer of real property and ensuring compliance with state, federal, and regulatory requirements for large financial institutions in a highly regulated industry.

Mr. Jackson graduated from Hendrix College with a degree in Economics (2008) and the University of Arkansas School of Law (2013). Mr. Jackson is licensed to practice law in Arkansas and New York state courts, the United States District Courts for the Eastern and Western Districts of Arkansas, the United States District Courts for the Southern and Eastern Districts of New York, and the United States Court of Appeals for the Ninth Circuit.

**COURTNEY ROSS**

Ms. Ross joined Carney Bates & Pulliam in 2021. Prior to joining the firm, she was a judicial extern for United States Magistrate Judge Joe J. Volpe. She graduated *cum laude* from the University of Arkansas at Fayetteville School of Law, where she was chosen by faculty to be a member of the traveling young lawyers association's mock trial advocacy team. She also competed in many of the law schools' board of advocates competitions.

**COLE LORIGAN**

Mr. Lorigan joined Carney Bates & Pulliam in 2023. He served as a Deputy Prosecuting Attorney in Little Rock, Arkansas from 2016 to 2023. Cole prosecuted cases ranging from thefts and gun crimes to domestic violence, sexual assaults, and homicides. During his time as a DPA, he tried dozens of cases in front of judges and juries in Pulaski County, Arkansas. Cole is dedicated to seeking justice, whether for victims of violent crimes, consumers whose health is put at risk by dangerous products, or individuals whose privacy is invaded and exploited by big tech companies. Cole graduated law school *cum laude* from the University of Arkansas – Little Rock (2016). He graduated *magna cum laude* with a degree in English from Arkansas State University (2012), where he also played on the football team.

**CONNOR THOMPSON**

Mr. Thompson joined Carney Bates & Pulliam in 2025. Prior to joining the firm, he managed policing research for the UA Little Rock William H. Bowen School of Law Center for Racial Justice and Criminal Justice Reform. He graduated *magna cum laude* from Bowen Law School and holds a Master of Public Service from the Clinton School of Public Service. In law school, he served as Editor-in-Chief of the Arkansas Journal of Social Change and Public Service and Articles Editor of the UA Little Rock Law Review. Mr. Thompson teaches a course on "Policing and the Use of Force" as an adjunct lecturer at Bowen Law School. Active in public service, he serves on the board of directors of decARcerate and the National Lawyers Guild Arkansas Chapter, as well as several City of Little Rock commissions.

*WILLIAM P. CREASMAN*

Mr. Creasman has built and managed corporate legal departments and served as a chief legal officer or general counsel of a variety of companies, including Alltel Wireless, TCBY, and Wrangler Europe.  Will has extensive domestic and international experience in corporate governance, securities, marketing, advertising, franchising, insurance, telecommunications, information technology, and employment law and has worked in the insurance, telecommunications, information technology, apparel manufacturing, food processing, and foodservice industries.

Shortly after joining the firm, Will launched *In re Delta Dental Antitrust Litig.*, Civil Action No. 1:19-CV-06734, United States District Court for the Northern District of Illinois, a nationwide class action on behalf of all dentists against all of the Delta Dental companies, which are the largest dental insurance companies in America. That case is currently in discovery.  In addition to that and other cases, he has a full corporate and pro bono practice.

Mr. Creasman obtained his law degree from Wake Forest University and his undergraduate degree from The Johns Hopkins University. Over the years he has been an adjunct professor at the School of Law, University of Arkansas – Little Rock, a member of the Board of Directors of the Center for Arkansas Legal Services (a *pro bono* legal services corporation), and a Commercial Panelist for the American Arbitration Association.  He is admitted to practice in Arkansas, North Carolina, and Texas.

## Leadership Positions

Class Action, MLD and Complex Litigation Cases where the attorneys of Carney Bates & Pulliam have held a leadership position of Lead or Co-Lead Plaintiffs' Counsel or as a member of the Executive Committee of Counsels:

*In re AFC Enterprises, Inc. Securities Litigation*, United States District Court for the Northern District of Georgia, Case No. 1:03-cv-0817-TWT ($15 million settlement).

*Amanda Rushing, et al. v. The Walt Disney Company, et al.*, 3:17-cv-04419-JD; *Amanda Rushing, et al. v. Viacom Inc., et al.*, 3:17-cv-04492-JD; *Michael McDonald, et al. v. Kiloo APS, et al.*, 3:17-cv-04344-JD United States District Court for Northern District of California (injunctive relief settlement in three consolidated actions requiring removal, disabling and limiting of tracking software that could be used to target children with ads across thousands of gaming apps)

*Anderson, et al. v. Farmland Industries, Inc*., United State District Court for the District of Kansas, Case No. 98-cv-2499-JWL (multi-party consolidated environmental litigation, Co-Lead Counsel; confidential settlement).

*ARcare, Inc. v. Cynosure Inc.,* United State District Court for the District of Massachusetts, Case No. 16-11547-DPW (Class Counsel; $8.5 million settlement).

*ARcare, Inc. v. Qiagen North America Holdings, Inc., et al.*, Circuit Court of Lonoke County, Arkansas, Case No. 43CV-17-46 (Lead Counsel, $15.5 million settlement).

*In re Ashanti Goldfields Securities Litigation*, United States District Court for the Eastern District of New York, Case No. CV-00-0717 (DGT) (RML) (Co-Lead Counsel; $15 million settlement).

*Asher v. Baxter International, Inc., et al.*, United States District Court for the Northern District of Illinois, Eastern Division, Case No. 02 C 5608 (Co-Lead Counsel).

*In re Bank of America Credit Protection Marketing & Sales Practices Litig.*, United States District Court for the Northern District of California, Case No. 11-md-2269-THE ($20 million settlement; member of Plaintiffs' Executive Committee).

*Bland, et al. v. Petromark, Inc., et al.*, Circuit Court of Boone County, Arkansas, Case No. CV-2003-3-2 (multi-party consolidated environmental litigation, Co-Lead Counsel).

*Brown v. Progressive Mountain Ins. Co.,* 3:21-cv-175-TCB (N.D. Ga. Aug. 3, 2023) (Class Counsel).

*Caldwell, et al. v. Freedom Mortgage Co*., No. 3:19-cv-02193-N (N.D. Tex.) (Co-Lead Counsel; $2.25 million settlement).

*Campbell, et al. v. Facebook, Inc.*, United States District Court for the Northern District of California, Case No. 4:13-cv-05996-PJH (Co-Lead Counsel; injunctive relief settlement securing disclosures and limitations on Facebook's interception and use of private message content).

*In re Central Parking Corporation Securities Litigation*, United States District Court for the Middle District of Tennessee), Case No. 3:03-0546 ($4.85 million settlement).

*Clippinger v. State Farm Mut. Ins. Co.,* No. 2:20-cv-02482-TLP-cgc (W.D. Tn. Aug. 25, 2023) (Class Counsel).

*Cole v. Freedom Mortgage Corporation* (Burl. County, NJ) ($650,000 settlement granted final approval).

*Czarnionka v. The Epoch Times Assoc., Inc*., No. 1:22-cv-06348-AKH (S.D.N.Y) (class action settlement involving VPPA claims and receiving final approval on July 10, 2024).

*Daniel, et al. v. Ford Motor Company*, United States District Court for the Eastern District of California, Case No. 2:11-02890 WBS EFB (Co-Lead Counsel).

*Desert Orchid Partners, LLC v. Transaction Systems Architects, Inc.*, United States District Court for the District of Nebraska, Case No. 02-cv-553 ($24.5 million settlement; Co-Lead Counsel).

*In re Discover Credit Card Payment Protection Plan Marketing and Sales Practices Litig*., United States District Court for the Northern District of Illinois, Case No. MDL No. 2217 ($10.5 million; Co-Lead Counsel).

*Drummond v. Progressive Specialty Ins. Co.*, No. 21-4479, 2023 U.S. Dist. LEXIS 140205 (E.D. Pa. Aug. 11, 2023) (Class Counsel).

*In re DQE, Inc. Securities Litigation*, United States District Court, Western District of Pennsylvania, Case No. 01-1851 (Co-Lead Counsel; $12 million settlement).

*In re Dynacq International, Inc. Securities Litigation*, United States District Court for the Southern District of Texas, Houston Division, No. H-02-0377 (Co-Lead Counsel).

*Eastwood, et al. v. Southern Farm Bureau Cas. Ins. Co.,* United States District Court for the Western District of Arkansas, Case No. 11-3075 (Co-Lead Counsel; $3.6 million settlement).

*Ebarle, et al. v. LifeLock, Inc*., United States District Court for the Northern District of California, Case No. 3:15-cv-00258 (Co-Lead Counsel; $81 million settlement).

*Econo-Med Pharmacy, Inc. v. Roche Diagnostics Corporation,* Southern District of Indiana, Case No. 1:16-cv-00789-TWP-MPB (Lead Counsel, $17 million settlement).

*Esslinger v. HSBC Bank Nevada*, United States District Court for the Eastern District of Pennsylvania, Case No. 2:10-cv-03213-BMS ($23.5 million; Co-Lead Counsel).

*Fiorentino v. Flosports, Inc*., No. 1:22-cv-11501-AK (D. Mass.) ($2,625,000 settlement; Co-Lead Counsel).

*In re Fleming Corporation Securities Litigation,* United States District Court for the Eastern District of Texas, Texarkana Division, No. 5-02-CV-178 (Co-Lead Counsel for 33 Act Claims; $93.75 million settlement).

*Friedman v Rayovac Corporation, et al.*, United States District Court of the Western District of Wisconsin, Case No. 02-0308 ($4 million settlement).

*Gaynor v. Thorne, et al*., Circuit Court of Cook County, Illinois County, Dept of Chancery, Case No. 07-CH-14381.

*Garza v. J.D. Edwards & Co.*, United States District Court for the District of Colorado, Case No. 99-1744, ($15 million settlement).

*Hardin, et al. v. BASF*, United States District Court for the Eastern District of Arkansas, Western Div., Consolidated No. 00-CV-00500 SWW (multi-party consolidated environmental litigation, Co-Lead Counsel; confidential settlement).

*In re: The Home Depot, Inc., Customer Data Security Breach Litigation*, United States District Court for the Northern District of Georgia, Case No. 1:14-md-02583-TWT (Executive Committee; $25 million settlement).

*Jensen, et al. v Cablevision Systems Corporation*, United States District Court for the Eastern District of New York, Case No. 2:15-cv-04188-LDW-ARL.

*In re Keyspan Corporation Securities Litigation*, United States District Court for the Eastern District of New York, Case No. 01-cv-5852 (ARR) (MDG).

*Kardonick v. JPMorganChase*, United States District Court for the Southern District of Florida, Case No. 1:10-cv-23235-WMH ($20 million settlement; Co-Lead Counsel).

*King, et al., v. Hamilton Sundstrand Corporation*, District Court of Adams County, Colorado, Case No. 02-CV-2018 (Co-lead Counsel; $2 million settlement of groundwater contamination case).

*Langston v. Gateway Mortgage Group, LLC*, United States District Court for the Central District of California, Case No. 5:20-cv-01902-VAP-KKx (Co-Lead Counsel; $1,175,000 settlement).

*In re Lernout & Hauspie Securities Litigation*, United States District Court for the District of Massachusetts, No. 00-CV-11589-PBS (Co-Lead Counsel; $115 million settlement).

*Lewis, v. Maverick Transportation LLC, et al*., Southern District of Illinois, No. 3:22-cv-00046-NJR (Class Counsel; $56,800 settlement for class of 71).

*In re Liberty Refund Anticipation Loan Litig*., United States District Court for the Northern District of Illinois, Case No. 1:12-cv-02949 (Co-Lead Counsel; $5.3 million settlement).

*Lynch v. JDN Realty Corp., et al.*, United States District Court for the Northern District of Georgia, Atlanta Division, Case No. 1:00-CV-2539 (settled for over $40 million in cash and stock with 11% of the total settlement allocated to Mr. Bowman's clients).

*Matera, et al. v. Google, Inc.*, United States District Court for the Northern District of California, Case No. 5:15-cv-04062-LHK (Co-Lead Counsel; injunctive relief settlement requiring Google to stop using content derived from email transmissions for user profiling and targeted advertising.

*Middlesex County Retirement System v. Semtech Corp. et al*, United States District Court for the Southern District of New York, Case No. 07-Civ-7183 (DC) (Co-Lead Counsel; $20 million settlement).

*Miner et al. v. Philip Morris USA Inc.*, Circuit Court of Pulaski County, Arkansas, Case No. 60CV-03-4661 ($45 million settlement).

*Montalvo v. Tripos, Inc. et al.*, United States District Court for the Eastern District of Missouri, Eastern Division, Case No. 4:03CV995SNL (Co-Lead Counsel; $3,150,000 settlement).

*In re Monterey Pasta Company Securities Litigation*, United States District Court for the Northern District of California, Case No. 3:03 CV 00632 MJJ (Co-Lead Counsel).

*In re National Golf Properties, Inc. Securities Litigation*, United States District Court for the Central District of California, Western Division, Case No. 02-1383-GHK RZX; ($4.175 million settlement).

*In re Nationwide Financial Services Litigation,* United States District Court for the Southern District of Ohio, Case No. 08-CV-00249 ($5.05 per share increase in offer price; $232.8 million value).

*Nelson, et al. v. Wal-Mart Stores, Inc.,* United States District Court for the Eastern District of Arkansas, Case No. 04-CV-00171 (Co-Lead Counsel; $17.5 million).

*In re NewPower Holdings Securities Litigation*, United States District Court for the Southern District of New York, Case No. 01-cv-1550 (CLB) (Co-Lead Counsel; $41 million settlement).

*Pennsylvania Avenue Funds v. Gerard H. Brandi, et al.*, Commonwealth of Massachusetts Superior Court, Middlesex County, Case No. CV 08-1057.

*Phillips, et al. v. Caliber Home Loans, Inc*., 19-cv-02711-WMW-LIB (D. Minn.) (Class Counsel; $5 million settlement).

*Pierce v. Ryerson Inc. et al.*, Illinois Circuit Court, Cook County, Case No. 07 CH 21060.

*Poff, et al. v. PHH Mortgage Corp., et al*., United States District Court for the Southern District of Texas, Case No. 4:20-cv-04018 (Class Counsel; $1.3 million settlement).

*City of Pontiac General Employees' Retirement System v. CBS Corp,* United States District Court for the Southern District of New York, Case No. 08-CV-10816 (LBS).

*In re Phycor Shareholder Litigation*, United States District Court for the Middle District of Tennessee, Nashville Division, Case No. 3-99-0807 ($11.2 million cash settlement).

*The Quapaw Tribe of Oklahoma v. Blue Tee Corp.,* United States District Court for the Northern District of Oklahoma, Case No.03-cv-0846-CVE-PJC ($11.5 million settlement in a case against Asarco, LLC).

*Ruble, et. al. v. Rural Metro Corp., et. al*., United States District Court for the District of Arizona, Case No. 99-cv-822-PHX-RGS.

*Sheet Metal Workers Local 28 Pension Fund v. Office Depot, Inc. et al.*, United States District Court for the Southern District of Florida, Case No. 07-81038-CIV-Hurley/Hopkins.

*Simpson, et al., v. Koppers, et al.*, Pulaski County Circuit Court, Third Division, Case No. CV-00-1659 (multi-party consolidated environmental litigation, Co-Lead Counsel; confidential settlement).

*Slatten v. Rayovac Corporation, et al.*, United States District Court for the Western District of Wisconsin, Case No. 02 C 0325 C (Co-Lead Counsel; $4 million settlement).

*Slone, et.al. v. Fifth Third*, United States District Court for the Southern District of Ohio, Case No. 03-cv-00211 ($15 million settlement).

*Smith v. Intuit, Inc*., United States District Court for the Northern District of California, Case No. 5:12-cv-00222 ($6.55 million cash settlement).

*Spinelli v. Capital One Bank (USA), et al.,* United States District Court for the Middle District of Florida, Case No. 8:08-cv-132-T-33EAJ (more than $100 million settlement; Co-Lead Counsel).

*State of New Mexico v. Discover Financial Services, Inc., et al.,* United States District Court for the District of New Mexico, Case No. 1:13-cv-00503 ($2.15 million cash settlement).

*State of New Mexico v. JPMorgan Chase & Co., et al.,* United States District Court for the District of New Mexico, Case No. 1:13-cv-00472 ($2,146,750.00 million cash settlement).

*In re Sterling Financial Corporation Securities Class Action*, United States District Court of the Southern District of New York, Case No. CV 07-2171(Co-Lead Counsel; $10.25 million settlement).

*Stokes, et al. v. Government Employees Insurance Company d/b/a GEICO, et al*., Circuit Court of Pulaski County, Arkansas, Civil Division, Case No. 60CV-13-4282 (Co-Lead Counsel; $517,206.30 settlement).

*In re Supervalu, Inc. Securities Litigation,* United States District Court for the District of Minnesota, Case No. 02-CV-1738 (JEL/JGL) (Co-Lead Counsel; $4 million settlement).

*In re: Target Corporation Customer Data Security Breach Litigation*, 0:14-cmd-02522-PAM-JJK (D. Minn.) (Counsel for Lead Plaintiff; $39.4 million settlement).

*Torliatt v. Ocwen Loan Servicing, LLC*, United States District Court for the Northern District of California, Case No. 3:19-cv-04303-WHO (Class Counsel, $7 million settlement).

*Valuepoint Partners, Inc. v. ICN Pharmaceuticals, Inc. Et al.*, United States District Court for the Central District of California, Case No. 03-0989 ($3,225,000 settlement).

*In re Vision America Securities Litigation*, United States District Court for the Middle District of Tennessee, Nashville Division, Case No. 3-00-0279 ($5.9 million settlement).

*Volino v. Progressive Cas. Ins. Co.,* 1:21-cv-06243-LGS (S.D.N.Y. Mar. 16, 2023) (Class Counsel).

*White v. Minnesota Mining & Manufacturing Co.*, United States District Court for the Eastern District of Arkansas, Western Div., Case No. LR-C-98-362 (multi-party consolidated environmental litigation, Co-Lead Counsel; confidential settlement).

*Williams v. LoanCare, LLC,* United States District Court for the Southern District of Texas, 4:20-cv-01900 (Class Counsel).

*Williams, et al, v. State Farm*, Eastern District of Arkansas, Case No. 4:11-cv-00749-KGB (Co-Lead Counsel, $21.7 million settlement).

*Wilson v. Santander Consumer USA Inc*., United States District Court for the Eastern District of Arkansas, Case No. 4:20-cv-00152 KGB (Lead Counsel; $800,000 settlement).

*Wise, et al. v. Arkansas Aluminum Alloys, Inc., et al.*, Miller County Circuit Court; Case No. CIV-2003-14-1(multi-party consolidated environmental litigation, Co-Lead Counsel; confidential settlement).

*Wroten, et al. v. Shelter Mutual Ins. Co*, Circuit Court of Pulaski County, Arkansas, Civil Division, Case No. 60CV-14-517 (Co-Lead Counsel; $1,773,453.56 settlement).

*Wroten, et al. v. USAble Mutual Ins. Co*., Circuit Court of Pulaski County, Arkansas, Civil Division, Case No. 60CV-14-516 (Co-Lead Counsel; $1,234,585.00 settlement).

*Yvon DuPaul v. H. Edwin Trusheim, et al.* (Rehabcare Group), Circuit Court of the County of St. Louis, Missouri, Case No. 02 CC 3039 (Lead Derivative Counsel).

*Zuern v. IDS Property Casualty Insurance Co.,* Western District of Washington, Case No. 3:19-cv-06235 (Co-Lead Counsel; $1.75 million settlement).

# EXHIBIT B

**JACOBSON PHILLIPS**

2277 Lee Road
Suite B
Winter Park, FL 32789

Jacobson Phillips PLLC is a plaintiffs' class action and appellate law firm with a national reach. Our attorneys have extensive experience and success in class actions in a broad range of plaintiff-sided class action matters. Our legal team has a track record of litigating novel, difficult cases against some of America's largest companies and getting results for the clients and classes we serve.

Jacob L. Phillips, Esq., is co-founder of Jacobson Phillips PLLC and acquired his J.D. from the University of Florida Levin College of Law. Jake practices primarily class action litigation and appeals, and has written two published law review articles. Jake has litigated appeals in the Second, Third, Fourth, Fifth, Sixth, Seventh, Ninth, and Eleventh federal circuit appellate courts along with Florida, Ohio, and Missouri state appellate courts, including a successful appeal at the Missouri Supreme Court. He has also authored amici briefs in various federal and state appellate courts for various clients. Among his appellate highlights are successfully reversing orders compelling appraisal of insurance claims, reversing an order denying certification of a class of over 200,000 members, successfully obtaining reversal of orders granting dispositive motions and successfully defending orders denying dispositive motions, successfully defending on appeal a final judgment entered in favor of a certified class, and successfully defending numerous Rule 23(f) petitions. He is also lead counsel or has been appointed class counsel in numerous class actions, including in the fields of auto insurance, car rentals, TCPA, deceptive bank fee cases, and more. He has been primarily responsible for securing a litigated class certification order in twenty-two cases—as well as dozens of settlement class certification orders.

2277 Lee Road
Suite B
Winter Park, FL 32789

Joshua R. Jacobson, Esq., is co-founder of Jacobson Phillips PLLC. Josh earned his undergraduate degree from the University of Florida and J.D. from UF's Levin College of Law. He served as senior research editor for Florida Law Review and is credited with publication of his law review Note. Josh was inducted into Florida Blue Key, the oldest and most prestigious honorary in the state of Florida. He graduated law school *summa cum laude*, finishing second in his class.

Josh served a two-year term clerkship for the Honorable Paul G. Byron, district judge for the Middle District of Florida. Since clerking, Josh has focused his practice on complex, high-stakes litigation in state and federal courts. He represents individuals and insureds in consumer class action litigation throughout the country. Josh has been appointed class counsel in numerous contested and settlement class actions. Beyond his class action practice, Josh has represented individuals in personal injury and wrongful death lawsuits, products liability, premises liability, and catastrophic injury suits.

Jacobson Phillips is currently serving as co-lead counsel on behalf of plaintiffs and putative classes in more than a dozen cases throughout the country alleging so-called "earned wage access" products violate the Military Lending Act ("MLA"). Jacobson Phillips was one of the first law firms to bring such claims and, to date, the firm has obtained four separate orders from U.S. District Courts holding EWA products are subject to the MLA's protections.

JACOBSON
PHILLIPS

2277 Lee Road
Suite B
Winter Park, FL 32789

**Notable Class Action Results**:

Jacobson Phillips attorneys have obtained outstanding results representing consumers in class action litigation, including:

- *Volino v. Progressive Cas. Ins. Co.*, No. 1:21-cv-06243-LGS (S.D.N.Y.) ($48,000,000.00 class settlement)
- *Brown v. Progressive Mountain Ins. Co.*, No. 3:21-cv-00175-TCB (N.D. Ga.) ($43,000,000.00 class settlement) (preliminary approval granted Feb. 18, 2025)
- *Reynolds v. Progressive Direct Ins. Co.*, No. 5:22-cv-503-LCB (N.D. Ala.) ($30,750,000 class settlement finally approved on September 15, 2025)
- *Knight v. Progressive Nw. Ins. Co.*, No. 3:22-CV-203-JM (E.D. Ark.) ($13,211,773 class settlement finally approved on September 25, 2025)
- *Angell v. Geico Advantage Ins. Co.*, No. 4:20-cv-799 (S.D. Tex.) ($33,700,000.00 class settlement)
- *Buffington v. Progressive Advanced Ins. Co.*, 7:20-CV-07408 (VB) (S.D.N.Y.) ($18,330,000.00 class settlement)
- *Sos v. State Farm Mut. Auto. Ins. Co.*, 2023 U.S. App. LEXIS 22986 (11th Cir. Aug. 30, 2023) (successfully defended order granting class certification and final judgment entered in favor of certified class)
- *Grigorian v. FCA US LLC*, No. 2021-000976-CA-01 (Fla. Cir. Ct. Miami-Dade Cty.) ($8,950,000.00 class action settlement)
- *In re GEICO Gen. Ins. Co.*, No. 19-cv-03768-HSG (N.D. Cal.) ($6,200,000.00 class action settlement)
- *Junior v. Infinity Ins. Co.*, No. 6:18-cv-1598-WWB-EJK (M.D. Fla.) ($27,460,000.00 class settlement)
- *Romaniak v.* Esurance Property & Cas. Ins. Co., No. 1:20-cv-02773-PAB (N.D. Ohio) ($3,140,000.00 class settlement)
- *Venerus v. Avis Budget Car Rental, LLC*, 723 Fed. Appx. 807 (11th Cir. Jan. 25, 2018) (successfully obtaining reversal of order denying class certification in a case that would ultimately achieve a $34,000,000.00 class settlement)
- *Davis v. GEICO Cas. Co.*, 2023 U.S. Dist. LEXIS 242759 (S.D. Oh. Oct. 12, 2023) ($19,850,000.00 class action settlement)
- *Marchek v. United Servs. Auto. Ass'n*, 118 F.4th 830 (6th Cir. Oct. 11, 2024) (successfully secured a reversal of an order granting a motion to dismiss in class action case on appeal)
- *Cook v. Gov't Emples. Ins. Co.*, 2020 U.S. Dist. LEXIS 111956 (M.D. Fla. Jun. 22, 2020) ($27,540,000.00 class action settlement)