UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FEEMAN and BRADLEY BAILEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALBERT CORPORATION, and ALBERT CASH, LLC,<br><br>Defendants. | Case No. 2:25-cv-03605-MWC-BFM<br><br>**DECLARATION OF SETTLEMENT ADMINISTRATOR SIMPLURIS INC. IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

1  I, Bri Nelson, declare as follows:

2      I.    Under penalties as provided by law pursuant to 28 U.S.C. § 1746, I certify that the statements set forth in this instrument are true and correct, except as to matters herein stated to be on information and belief, and as to such matters, I certify that I believe the same to be true.

    II.    I am a Vice President of Client Services at Simpluris, Inc. ("Simpluris"). Simpluris is a national full-service class action notice and claims administrator.

    III.    Simpluris has been administering class action settlements for over fifteen years, in which time we have been appointed in over 9,000 cases and distributed over $7 billion in funds. Our leadership team has nearly 150 years of combined industry experience that includes some of the largest class action administrations in the United States, including *In re: Equifax, Inc., Customer Data Security Breach*, Case No. 1:17-md-2800 (N.D. Ga.) and *In re: Premera Blue Cross Customer Data Security Breach*, Case No. 3:15-md-2633 (D. Or.). Recent representative cases include *Cordova et al v. United Education Institute et al*, Case No. 37-2012-00083573, Cal. Sup. Ct. (San Diego); *Shuts v. Covenant Holdco, LLC*, Case No. RG10551807, Cal. Sup. Ct. (Alameda); *Hamilton et al v. Suburban Propane Gas Corp.*, Case No. BC433779, Cal. Sup. Ct. (Los Angeles); *Upadhyay et al v. Prometheus Real Estate Group*, Case No. 1-08-CV-118002, Cal. Sup. Ct. (Santa Clara); *Starke v. Stanley Black & Decker Inc.*, Case No. C-03-CV-21-001091, Md. Cir. Ct. (Baltimore); and *Hale v. Manna Pro Products LLC*, Case No. 2:18-cv-00209 (E.D. Cal.).

## OVERVIEW

    IV.    Simpluris has been selected by counsel in the captioned matter to serve as the class action Settlement Administrator in this case. The administration will be governed by the estimate submitted by Simpluris on October 15, 2025 forecasting total administration costs of $35,378.00.

V. Per the information provided by the parties to date, in the course of this administration, Simpluris will be charged with, among other responsibilities:

    I. Establishing and maintaining an Interactive Voice Response ("IVR") settlement toll-free telephone number that will be available 24 hours a day and offer answers to frequently asked questions ("FAQs");

    II. Developing and maintaining a settlement website that will host the relevant settlement documents and deadlines; and comply with data privacy requirements, including a detailed Privacy Policy;

    III. Processing incoming requests for exclusion, objections, and related class correspondence;

    IV. Sending an email notice of the Settlement to eligible Class Members to provide information on the Settlement and other relevant dates;

    V. Where an email address is not available, sending direct notice of the Settlement, in the form of a postcard, to provide information on the Settlement and other relevant dates;

    VI. Establishing and maintaining a 26 CFR § 1.468B-1 compliant Qualified Settlement Fund;

    VII. Processing payments to eligible Class Members;

    VIII. Preparing and filing all applicable tax forms and tax returns with state and federal agencies; and

    IX. Reporting on the status of the claims and distribution as required by the parties and Court.

VI. Prior to sending direct email notice, Simpluris will confirm that all email addresses received are properly formatted and able to receive notice. If direct email notice is returned, or "bounced back," Simpluris will make a second attempt to re-send the email notice where feasible.

VII. Prior to sending direct notice by postcard, Simpluris will update the mailing address information for Settlement Class Members via the USPS National

Change of Address ("NCOA") database, which provides updated address information for individuals or entities who have moved during the previous four years and filed a change of address with the USPS. Additionally, all addresses will be processed through the USPS Coding Accuracy Support System ("CASS") and Locatable Address Conversion System ("LACS") to ensure deliverability.

VIII. Postcards returned to Simpluris by the USPS with a forwarding address will be re-mailed to the new address provided by USPS, and the Settlement Class Member database will be updated accordingly.

IX. Postcards returned to Simpluris by the USPS without forwarding addresses will be processed through a public records address verification search (commonly referred to as "skip tracing") utilizing a wide variety of data sources, including public records, real estate records, electronic directory assistance listings, and other sources, to locate updated mailing addresses. When new postal addresses are located, the Settlement Class Member database will be updated and the notice remailed.

X. I believe that proposed notice plan, consisting of direct notice by email notification, postcard notification, settlement website, and communication with Class Members via email and IVR, represents "the best notice that is practicable under the circumstances" and will fully comply with the requirements set forth in Fed. R. Civ. P. 23(c)(2)(B).

XI. The proposed administration as a whole will fully implement the Settlement Agreement reached by parties.

1  I declare under penalty of the perjury under the laws of the United States that the
2  foregoing is true and correct. Executed on October 29, 2025, in El Segundo,
3  California.
4
5
6
7  __*Bri Nelson*_____
8  BRI NELSON

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case 2:25-cv-03605-MWC-BFM    Document 44-3    Filed 10/29/25    Page 7 of 7    Page ID #:593