# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FEEMAN and BRADLEY BAILEY, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>ALBERT CORPORATION, and, ALBERT CASH, LLC,<br><br>        Defendants. | Case No. 2:25-cv-03605-MWC-BFM<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND CERTAIN DEADLINES AND TO CONTINUE THE FINAL APPROVAL HEARING (DKT. 48)** |

This matter is before the Court on the Parties' Joint Motion to Extend Certain Deadlines and to Continue the Final Approval Hearing (the "Joint Motion"). Having carefully considered the Joint Motion, the record in this matter, and the Court finding good cause,

**IT IS HEREBY ORDERED** as follows:

1.      The Joint Motion is **GRANTED**.

2.      Accordingly, the Parties have fourteen (14) calendar days from entry of this order to disseminate Digital Notice (the "Digital Notice Date").

3.      The deadlines for submitting objections and requests for exclusions are extended to thirty (30) calendar days from the Digital Notice Date.

4.      The deadlines for filing motions in support of final approval and attorneys' fees are extended to fourteen (14) calendar days prior to the new objection and opt-out deadlines.

5.      The deadline for supplemental briefing and responding to objections, if any, is extended to no later than fourteen (14) calendar days before the Final Approval Hearing.

6.      The Final Approval Hearing, currently scheduled for April 10, 2026, is continued to **May 15, 2026**, at 1:30 p.m. in Courtroom 6A.

**IT IS SO ORDERED.**

Dated: March 12, 2026

_____
Hon. Michelle Williams Court
U.S. DISTRICT COURT JUDGE

-1-
ORDER

CASE NO. 2:25-CV-03605-MWC-BFM